**GORLICK, KRAVITZ & LISTHAUS, P.C.**
Joy K. Mele (JM0207)
Jennifer M. Catera (JC6943)
29 Broadway, 20th Floor
New York, New York 10006
jmele@gkllaw.com
jcatera@gkllaw.com
Tel. (212) 269-2500
Fax (212) 269-2540
*Attorneys for Plaintiffs*

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, MASON TENDERS DISTRICT
COUNCIL PENSION FUND, MASON TENDERS
DISTRICT COUNCIL ANNUITY FUND, MASON
TENDERS DISTRICT COUNCIL TRAINING
FUND, MASON TENDERS DISTRICT COUNCIL
HEALTH AND SAFETY FUND and DOMINICK
GIAMMONA as Fund's Contributions/Deficiency
Manager,

        Plaintiffs,

        v.

SPRAY FORCE SYSTEMS, INC. and JASON
NOTO,

        Defendants.
------------------------------------X

2:17-cv-00052 (LAK)(KNF)

NOTICE OF MOTION TO
COMPEL COMPLIANCE
WITH AN INFORMATION
SUBPOENA TO DN
CALLAHAN, INC.

**PLEASE TAKE NOTICE,** that upon the annexed Declaration of Jennifer M. Catera in Support of Motion to Compel Compliance with an Information Subpoena to DN Callahan, Inc., the Declaration of Bruce L. Listhaus in Support of Motion to Compel Compliance with an Information Subpoena to DN Callahan, Inc., and Plaintiffs' Memorandum of Law in Support of Motion to Compel Compliance with an Information Subpoena to DN Callahan, Inc., Plaintiffs Mason Tenders District Council Welfare Fund, Mason Tenders District Council Pension Fund,

Memorandum Endorsement      Mason Tenders, etc.v. Spray Force Systs, Inc., 17-cv-0052 (LAK)

The motion is granted. DN Callahan, Inc. ("DNC") shall respond to the information subpoena on or before March 3, 2021, and shall pay to plaintiffs the sum of $705.

SO ORDERED.

Dated:      February 17, 2021

_____
Lewis A. Kaplan
United States District Judge