UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
MASON TENDERS DISTRICT COUNCIL WELFARE
FUND, et al.,

                            Plaintiffs,

          -against-                                17-cv-0052 (LAK)

SPRAY FORCE SYSTEMS, INC., et ano.,

                            Defendant(s).
------------------------------------------x

## ORDER ADJUDGING D.N.CALLAHAN, INC. IN CIVIL CONTEMPT OF COURT, AWARDING DAMAGES, AND IMPOSING COERCIVE CIVIL FINES

LEWIS A. KAPLAN, *District Judge.*

        Non-party D.N. Callahan, Inc. ("Callahan"), has failed to respond to plaintiffs' motion to hold it in civil contempt of court. Having considered plaintiffs' assertions, which have not been denied, it is hereby

        **ORDERED, ADJUDGED AND DECREED** as follows:

        1.    Callahan is in wilful contempt of this Court's order, dated February 17, 2021 (Dkt. 95).

        2.    Plaintiffs shall have judgment against Callahan in the amount of $522.50, consisting of $50 as costs and $472.50 in attorneys' fees as damages incurred by plaintiffs in moving to hold Callahan in civil contempt.

        3.    Callahan shall pay to the Clerk of the Court the sum of $500 for each day from the date of this order until the date on which it serves upon plaintiffs' counsel signed, sworn and complete responses to the information subpoena as required by the Court's order, dated February 17, 2021.

        The Clerk shall enter judgment in accordance with paragraph 2 and terminate Dkt. 97.

        SO ORDERED.

Dated:    May 14, 2021

                                                                  Lewis A. Kaplan
                                                                  United States District Judge