**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, et al.,

                Plaintiffs,

    -against-                            17 **CIVIL** 0052 (LAK)

                                         **<u>JUDGMENT</u>**

SPRAY FORCE SYSTEMS INC., et ano.,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 14, 2021, Callahan is in wilful contempt of this Court's order, dated February 17, 2021 (Dkt. 95). Plaintiffs have judgment against Callahan in the amount of $522.50, consisting of $50 as costs and $472.50 in attorneys' fees as damages incurred by plaintiffs in moving to hold Callahan in civil contempt. Callahan shall pay to the Clerk of the Court the sum of $500 for each day from the date of the order until the date on which it serves upon plaintiffs' counsel signed, sworn and complete responses to the information subpoena as required by the Court's order, dated February 17, 2021.

**Dated:** New York, New York

      May 14, 2021

                                                 **RUBY J. KRAJICK**
                                                 _____
                                                   **Clerk of Court**
                            **BY:**     *K. Mango*
                                                  _____
                                                      **Deputy Clerk**