UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MASON TENDERS DISTRICT COUNCIL WELFARE
FUND, etc.,



　　　　　　　　　Plaintiffs,

　　-against-　　　　　　　　　　　　　　　　　　　17-CV-0052 (LAK)

SPRAY FORCE SYSTEMS, INC., et ano.,

　　　　　　　　　Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER HOLDING JASON NOTO IN CIVIL CONTEMPT OF COURT

LEWIS A. KAPLAN, *District Judge.*

　　Plaintiffs have moved for an order (1) holding Jason Noto in civil contempt of court for his willful disregard of ECF Text Order, dated July 31, 2020 (Doc. 82), granting Plaintiffs' Motion to Compel Compliance with an Information Subpoena to Judgment Debtor(Doc. 77); (2) requiring Jason Noto to pay Plaintiffs $2,957.00 consisting of $50.00 as costs, $50.00 as a penalty, and $2,857.00 in attorneys' fees as damages incurred by Plaintiffs in making this motion; (3) imposing a daily fine of $500.00 against Jason Noto to be paid to the Clerk of the Court from the date of this Order until such time that Noto: (a) submits signed, notarized and complete responses to the Information Subpoena questions; and (b) remits payment of $1,558.00awarded to Plaintiffs by ECF Text Order, dated July 31, 2020, and $2,957.00 to Plaintiffs for penalties, costs and damages incurred in seeking compliance with the Court's July 31, 2020 ECF Text Order.

2

Despite due service of the motion, Jason Noto has filed no response to the motion. As the Court finds that Jason Noto is in civil contempt of court for the reasons set forth in plaintiffs' motion, plaintiffs' motion (Dkt 83) is granted to the following extent:

1. Plaintiffs shall have judgment against Jason Noto fgor the sum of $2,857 as damages incurred by them in making their motion.

2. Jason Noto shall pay to the Clerk of the Court the sum of $500 for each day from the date of this order until such time as he submits to plaintiffs' counsel signed, notarized and complete responses to the Information Subpoena questions.

The motion is denied in all other respects.

SO ORDERED.

Dated:   September 15, 2021

*[signature]*
Lewis A. Kaplan
United States District Judge