**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, etc.,

                       Plaintiffs,
       -against-                                   17 **CIVIL** 0052 (LAK)

                                                        **JUDGMENT**

SPRAY FORCE SYSTEMS, INC., et ano.,

                       Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 15, 2021, despite due service of the motion, Jason Noto has filed no response to the motion. As the Court finds that Jason Noto is in civil contempt of court for the reasons set forth in plaintiffs' motion, plaintiffs' motion (Dkt. 83) is granted to the following extent: 1. Plaintiffs have judgment against Jason Noto for the sum of $2,857 as damages incurred by them in making their motion. 2. Jason Noto shall pay to the Clerk of the Court the sum of $500 for each day from the date of the order until such time as he submits to plaintiffs' counsel signed, notarized and complete responses to the Information Subpoena questions.

**Dated:**  New York, New York

       October 14, 2021

                                                      **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                               **BY:**     *K. Mango*
                                                        **Deputy Clerk**