USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-22-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
MASON TENDERS DISTRICT COUNCIL WELFARE
FUND, et al.,

                        Plaintiffs,

    -against-                                    17-cv-0052 (LAK)

SPRAY FORCE SYSTEMS, INC., et ano.,

                        Defendant(s).
------------------------------------------------x

### ORDER ADJUDGING SPRAY FORCE SYSTEMS N.Y., INC. IN CIVIL CONTEMPT OF COURT, AWARDING DAMAGES, AND IMPOSING COERCIVE CIVIL FINES

LEWIS A. KAPLAN, *District Judge.*

        Non-party Spray Force Systems N.Y., Inc.("SFS NY"), has failed to respond to plaintiffs' motion to hold it in civil contempt of court. Having considered plaintiffs' assertions, which have not been denied, it is hereby

        **ORDERED, ADJUDGED AND DECREED** as follows:

    1.    SFS NY is in wilful contempt of this Court's order, dated July 24, 2021 (Dkt. 119).

    2.    Plaintiffs shall have judgment against SFS NY in the amount of $960, consisting of $50 as costs and $910 in attorneys' fees as damages incurred by plaintiffs in moving to hold SFS NY in civil contempt.

    3.    SFS NY shall pay to the Clerk of the Court the sum of $500 for each day from the date of this order until the date on which it serves upon plaintiffs' counsel signed, sworn and complete responses to the information subpoena as required by the Court's order, dated July 24, 2021.

        The Clerk shall enter judgment in accordance with paragraph 2 and terminate Dkt. 130.

        SO ORDERED.

Dated:    November 22, 2021

                                                                          Lewis A. Kaplan
                                                                      United States District Judge