**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, et al.,

                       Plaintiffs,

     -against-                                     17 **CIVIL** 0052 (LAK)

                                                  **JUDGMENT**

SPRAY FORCE SYSTEMS, INC., et ano.,

                       Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 22, 2021, Plaintiffs have judgment against SFS NY in the amount of $960, consisting of $50 as costs and $910 in attorneys' fees as damages incurred by plaintiffs in moving to hold SFS NY in civil contempt.

**Dated:** New York, New York

      November 22, 2021

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                                **BY:**    *K. Mango*

                                                             **Deputy Clerk**