

# GORLICK, KRAVITZ & LISTHAUS, P.C.

ATTORNEYS AT LAW
29 BROADWAY, 20TH FLOOR
NEW YORK, NEW YORK 10006-3218

(212) 269-2500
FAX (212) 269-2540
WWW.GKLLAW.COM

BUFFALO OFFICE:
505 ELLICOTT STREET, SUITE A209
BUFFALO, NY 14203
(716) 881-0800

BRUCE L. LISTHAUS
JOY K. MELE

OF COUNSEL
ANDREW A. GORLICK*

COUNSEL
SARA J. VAN DYKE*

*NY BAR ONLY

NEW JERSEY OFFICE:
60 PARK PLACE, 6TH FLOOR
NEWARK, NJ 07102
(973) 824-5811

LAWRENCE A. KRAVITZ (1994-2002)
BARBARA S. MEHLSACK (2004-2020)

**MEMO ENDORSED**

October 7, 2022

**VIA FIRST CLASS MAIL**
Honorable Lewis A. Kaplan
United States Courthouse
500 Pearl Street
New York, New York 10007

> Re: *Mason Tenders District Council Welfare Fund et al. v. Spray Force Systems, Inc. et ano.*, 17 Civ. 52 (LAK)

Dear Judge Kaplan:

We represent the Plaintiffs in the above-referenced action. We write to advise the Court that since filing Plaintiffs' Motion to Compel Compliance with an Information Subpoena to Greenpoint Fireproofing & Insulation Inc. ("Motion to Compel") (Doc. 149), Greenpoint Fireproofing & Insulation Inc. has provided complete responses to the Information Subpoena, and paid Plaintiffs their incurred attorneys' fees in connection with the Motion to Compel. Accordingly, Plaintiffs hereby withdraw the Motion to Compel.

Respectfully submitted,

GORLICK, KRAVITZ
& LISTHAUS, P.C.

Jonathan Sobel

**SO ORDERED**

LEWIS A. KAPLAN, USDJ
10/19/22

cc:
Jason Noto (via first class mail)
Greenpoint Fireproofing & Insulation Inc. (via first class mail)