**GORLICK, KRAVITZ & LISTHAUS, P.C.**
Joy K. Mele (JM0207)
Jonathan Sobel (JS4815)
29 Broadway, 20th Floor
New York, New York 10006
jmele@gkllaw.com
jsobel@gkllaw.com
Tel. (212) 269-2500
Fax (212) 269-2540
*Attorneys for Plaintiffs*

# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND, ANNUITY
FUND, TRAINING FUND, HEALTH AND SAFETY
FUND, and DOMINICK GIAMMONA, as FUNDS'
CONTRIBUTIONS/DEFICIENCY MANAGER,

    Plaintiffs,

  v.

SPRAY FORCE SYSTEMS, INC. and JASON
NOTO,

    Defendants.
-------------------------------------- X

17 Civ. 52 (LAK)

**NOTICE OF MOTION TO COMPEL COMPLIANCE WITH AN INFORMATION SUBPOENA TO ALBA SERVICES INC.**

PLEASE TAKE NOTICE, that upon the annexed Declaration of Jonathan Sobel in Support of Motion to Compel Compliance with an Information Subpoena to Alba Services Inc., the Declaration of Bruce L. Listhaus in Support of Motion to Compel Compliance with an Information Subpoena to Alba Services Inc., and Plaintiffs' Memorandum of Law in Support of Motion to Compel Compliance with an Information Subpoena to Alba Services Inc., Plaintiffs Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, Training Fund, Health and Safety Fund, and Dominick Giammona, as Funds' Contributions/Deficiency Manager (collectively, "Plaintiffs") will move this Court before the Honorable Lewis A. Kaplan, United

States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, pursuant to Rule 69 of the Federal Rules of Civil Procedure and Rules 2308(b), 5223, and 5224 of the New York Civil Practice Law and Rules, for an order:

1) compelling Alba Services Inc. to respond to the information subpoena served upon it on October 5, 2022;

2) requiring Alba Services Inc. to pay Plaintiffs $1,242.50 consisting of $50.00 as costs, $50.00 as a penalty, and $1,142.50 in attorneys' fees as damages incurred by Plaintiffs in attempting to effect compliance with the information subpoena and in making this motion; and

3) such other and further relief as the Court deems just and proper.

Dated: New York, New York
December 19, 2022

GORLICK, KRAVITZ & LISTHAUS, P.C.
*Attorneys for Plaintiffs*

By: /s/ Jonathan Sobel
Joy K. Mele (JM0207)
Jonathan Sobel (JS4815)
29 Broadway, 20th Floor
New York, New York 10006
jmele@gkllaw.com
jsobel@gkllaw.com
Tel. (212) 269-2500
Fax (212) 269-2540

TO: Alba Services Inc.
240 West 52nd Street
New York, New York 10019 (via Overnight Mail)

*[Handwritten:]* Granted in all respects except that Alba shall respond on or before 10/5/24 SO ORDERED

LEWIS A. KAPLAN, USDJ
9/17/24